UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, et al.,

Plaintiffs,

vs.                                                    Case No. 8:17-cv-1130-T-27AAS

ANALGESIC HEALTHCARE, INC.
and ROY EDGERTON,

Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation from the Magistrate Judge

recommending that Defendants' motion to modify the CMSO (Dkt. 111) be granted, and the parties'

proposed amended CMSO, with the exception of Paragraph 6, be adopted. (Dkt. 123). The parties

do not oppose. (Dkts. 125, 126).

A district court may accept, reject or modify a magistrate judge's report and recommendation.

28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual

findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the

findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir.

1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v.

McNeil*, 397 F. App'x. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348

(11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions, and

recommendations, and giving *de novo* review to matters of law,

1.     The Report and Recommendation (Dkt. 123) is **APPROVED** and **ADOPTED** for all purposes, including for appellate review.

2.     The Case Management and Scheduling Order (Dkt. 88) is amended as follows:[1]

| | |
|---|---|
| Non-Expert/Expert Witness Disclosure Deadline | **May 17, 2019** |
| Discovery Cutoff | **July 19, 2019** |
| Dispositive and *Daubert* Motion Deadline | **August 16, 2019** |
| Pretrial Conference | **October 3, 2019 at 10:00 A.M.** |
| Trial Term | **November 4, 2019** |

**DONE AND ORDERED** this ___23rd___ day of July, 2018.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of record

---

[1] All other provisions of the Case Management and Scheduling Order (Dkt. 88) shall remain in full force and effect.